![signature] Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 24, 2016

HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
Katherine Carstensen, Esq.
Nevada Bar No. 10656
E-mail: katherine@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for David A. Rosenberg, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SUNRAY PETROLEUM, INC.<br><br>Debtor. | Case No. BK-S-11-19196-BTB<br>Chapter 11<br><br>**ORDER GRANTING TRUSTEE'S<br>MOTION TO ABANDON AFANA LEASE**<br><br>Date of Hearing:  February 17, 2016<br>Time of Hearing:  10:00 a.m.<br>Place:  Foley Federal Building<br>     300 S. Las Vegas Blvd.<br>     Las Vegas, NV 89101<br><br>Judge: Hon. Bruce T. Beesley |

This matter came before the Court on the above-referenced date and time on David A. Rosenberg, Chapter 11 Trustee's ("Trustee") Motion to Abandon Afana Lease ("Motion") [Dkt. No. 277], filed on January 15, 2016 by Kim Gilbert Ebron.  Howard C. Kim, Esq. appeared on

behalf of the Trustee. Brian Goldberg appeared on behalf of the United States Trustee. After notice was given creditors and interested parties, no other party appeared at the hearing or filed an opposition to the Motion. The Court considered the moving papers and oral argument of counsel.

With good cause appearing,

IT IS HEREBY ORDERED that the Trustee is authorized to abandon the Afana lease, which, to the Trustee's knowledge, is the last remaining asset left in the estate.

IT IS FURTHER ORDERED that any remaining assets that the Trustee has not already administered, to which there should be none, shall be abandoned as of this date.

**IT IS SO ORDERED.**

Prepared and Submitted by:
**KIM GILBERT EBRON**

/s/Howard C. Kim
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for David A. Rosenberg,*
*Chapter 11 Trustee*

///
///
///
///
///
///
///

**LR 9021 CERTIFICATION**

In accordance with Local Rule 9021, the counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    ___    The court waived the requirements of approval under LR 9021.

    ___    No party appeared at the hearing or filed an objection to the motion.

    _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

|  | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Brian Goldberg | X | | |

    ___    I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 22nd day of February, 2016.

**KIM GILBERT EBRON**

/s/Howard C. Kim
Howard C. Kim, Esq.
Nevada Bar No. 10386
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorney for David A. Rosenberg, Chapter 11 Trustee*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301