YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
(702) 364-8919
      Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: SUNRAY PETROLEUM, INC.       Case No. 11-19196
                                                                            Chapter   7
                            Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      YVETTE WEINSTEIN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,418,530.93       Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                                                 Without Payment: $0.00

Total Expenses of Administration: $139,711.98

---

      3)  Total gross receipts of $      139,711.98    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $139,711.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $144,540.91 | $913,872.34 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 115,324.30 | 40,675.60 | 40,675.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 296,615.28 | 293,151.28 | 99,036.38 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 158,804.17 | 191,941.39 | 117,916.93 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,494,649.72 | 1,246,005.50 | 1,241,883.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,797,994.80 | $2,763,758.81 | $1,693,627.47 | $139,711.98 |

    4) This case was originally filed under Chapter 7 on June 10, 2011. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __05/23/2017_____    By: __/s/YVETTE WEINSTEIN, TRUSTEE_____
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chapter 11 Funds | 1290-010 | 139,711.98 |
| **TOTAL GROSS RECEIPTS** | | **$139,711.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | TULARE COUNTY TAX COLLECTOR | 4110-000 | 5,074.49 | 5,074.49 | 0.00 | 0.00 |
| 8S-2 | JOHN B. LINFORD, | 4110-000 | N/A | 213,395.67 | 0.00 | 0.00 |
| 14S-3 | KERN COUNTY TREASURER – TAX COLLECTOR | 4110-000 | N/A | 1,966.42 | 0.00 | 0.00 |
| 24 | DAVID MICHAEL FLYNN | 4210-000 | N/A | 601,655.04 | 0.00 | 0.00 |
| 27 | SUNWEST PETROLEUM | 4110-000 | 89,466.42 | 89,466.42 | 0.00 | 0.00 |
| 37S | KERN COUNTY TREASURER – TAX COLLECTOR | 4110-000 | N/A | 1,814.78 | 0.00 | 0.00 |
| 47 | Kern County Treasurer Tax Collector | 4110-000 | N/A | 499.52 | 0.00 | 0.00 |
| NOTFILED | FORD CREDIT COMPANY | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$144,540.91** | **$913,872.34** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - YVETTE WEINSTEIN, TRUSTEE | 2100-000 | N/A | 10,235.60 | 10,235.60 | 10,235.60 |
| Trustee Expenses - YVETTE WEINSTEIN, TRUSTEE | 2200-000 | N/A | 239.71 | 239.71 | 239.71 |
| U.S. Trustee Quarterly Fees - EDD (ADMINISTRATIVE) | 2950-000 | N/A | 74,648.70 | 0.00 | 0.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - SCHWARTZER & MCPHERSON LAW FIRM | 3210-000 | N/A | 547.09 | 547.09 | 547.09 |
| Other - SCHWARTZER & MCPHERSON LAW FIRM | 3210-000 | N/A | 24,795.50 | 24,795.50 | 24,795.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.08 | 40.08 | 40.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 193.67 | 193.67 | 193.67 |
| Other - PAUL M. HEALEY, CPA | 3410-000 | N/A | 2,898.75 | 2,898.75 | 2,898.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 191.73 | 191.73 | 191.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 215.22 | 215.22 | 215.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 188.81 | 188.81 | 188.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 214.56 | 214.56 | 214.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 194.74 | 194.74 | 194.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 187.98 | 187.98 | 187.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 207.16 | 207.16 | 207.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$115,324.30** | **$40,675.60** | **$40,675.60** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KERN COUNTY TREASURER-TAX COLLECTOR (ADMINISTRATIVE) | 6820-000 | N/A | 65,993.77 | 65,993.77 | 22,294.92 |
| FRANCHISE TAX BOARD (ADMINISTRATIVE) | 6820-000 | N/A | 6,391.88 | 6,391.88 | 2,159.39 |
| State Compensation Insurance Fund | 6950-730 | N/A | 31,598.71 | 31,598.71 | 10,675.11 |
| David A. Rosenberg | 6101-000 | N/A | 37,816.60 | 37,816.60 | 12,775.72 |
| David A. Rosenberg | 6102-000 | N/A | 350.36 | 350.36 | 118.36 |
| Kim Gilbert Ebron | 6210-000 | N/A | 81,965.00 | 80,705.00 | 27,264.87 |
| Alexander & Associates PLC | 6210-600 | N/A | 65,866.00 | 63,662.00 | 21,507.17 |
| Kim Gilbert Ebron | 6220-000 | N/A | 6,632.96 | 6,632.96 | 2,240.84 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $296,615.28 | $293,151.28 | $99,036.38 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | LEWIS TOWING | 5800-000 | 3,325.00 | 7,662.50 | 7,662.50 | 0.00 |
| 16P | BANKRUPTCY SECTION MS A340 | 5800-000 | 121,885.00 | 1,682.59 | 1,682.59 | 0.00 |
| 17 -2 | BETTY T. YEE, STATE CONTROLLER OF CALIFORNIA | 5800-000 | 1,983.76 | 3,429.20 | 3,429.20 | 0.00 |
| 30 | MIKE R RUSSELL | 5800-000 | N/A | 17,197.18 | 17,197.18 | 0.00 |
| 37P | KERN COUNTY TREASURER - TAX COLLECTOR | 5800-000 | 16,172.21 | 74,024.46 | 0.00 | 0.00 |
| 42 | Banks Energy Inc. | 5800-000 | N/A | 8,435.81 | 8,435.81 | 0.00 |
| 48 | Kern County Treasurer Tax Collector | 5800-000 | N/A | 79,509.65 | 79,509.65 | 0.00 |
| NOTFILED | STATE WATER RESOURCES | 5200-000 | 1,226.00 | N/A | N/A | 0.00 |
| NOTFILED | CONSERVATION COMMITTEE-DOG | 5200-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | DEPARTMENT OF MOTOR VEHICLES | 5200-000 | 11,464.00 | N/A | N/A | 0.00 |
| NOTFILED | CITY OF BAKERSFIELD | 5200-000 | 2,048.20 | N/A | N/A | 0.00 |
| NOTFILED | STATE DEPARTMENT OF INDUSTRIAL | 5200-000 | 400.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$158,804.17** | **$191,941.39** | **$117,916.93** | **$0.00** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | INTERNAL REVENUE SERVICE | 7100-000 | 182.38 | N/A | N/A | 0.00 |
| 2 | BLUEPRINT SERVICE CO. | 7100-000 | 1,604.64 | 1,604.64 | 1,604.64 | 0.00 |
| 3 | CAVINS OIL WELL TOOLS | 7100-000 | 2,244.04 | 2,244.04 | 2,244.04 | 0.00 |
| 5 | NATIONAL TOXICOLOGY | 7100-000 | 155.00 | 155.00 | 155.00 | 0.00 |
| 6 | GENERAL PETROLEUM CORP. | 7100-000 | 3,871.01 | 3,871.01 | 3,871.01 | 0.00 |
| 7 | FLEETCARD FUELS | 7100-000 | 3,639.66 | 14,698.34 | 14,698.34 | 0.00 |
| 8U-2 | JOHN B. LINFORD, | 7100-000 | N/A | 97,260.77 | 97,260.77 | 0.00 |
| 9 | CLINT A. FRENCH, SUCCESSOR | 7100-000 | 13,997.00 | 28,356.57 | 28,356.57 | 0.00 |
| 10 | ACE HYDRAULICS, INC. | 7100-000 | 2,061.00 | 2,060.92 | 0.00 | 0.00 |
| 11 | MOTION INDUSTRIES | 7100-000 | N/A | 699.45 | 699.45 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 13 | SALTZMAN AUTO ELECTRIC | 7100-000 | 8,404.98 | 11,960.34 | 11,960.34 | 0.00 |
| 14U-3 | KERN COUNTY TREASURER - TAX COLLECTOR | 7100-000 | N/A | 29,909.11 | 29,909.11 | 0.00 |
| 15 | SAN JOAQUIN VALLEY AIR | 7100-000 | 9,295.00 | 17,058.00 | 17,058.00 | 0.00 |
| 16U | BANKRUPTCY SECTION MS A340 | 7100-000 | N/A | 77.19 | 77.19 | 0.00 |
| 18 -2 | NAVISTAR FINANCIAL CORPORATION | 7100-000 | 25,000.00 | 2,202.58 | 2,202.58 | 0.00 |
| 19 | SUNBELT RENTALS INC. | 7100-000 | 978.88 | 1,262.96 | 1,262.96 | 0.00 |
| 20 | MARTINEZ TESTING | 7100-000 | 3,092.00 | 3,092.00 | 3,092.00 | 0.00 |
| 21 | COMMERCIAL TRADE, INC. | 7100-000 | 16,678.00 | 17,973.83 | 17,973.83 | 0.00 |
| 22 | KAMAN INDUSTRIAL TECHNOLOGIES | 7100-000 | 697.92 | 697.92 | 697.92 | 0.00 |
| 23 | LYNN AND ROY KIRKORIAN | 7100-000 | 1,631.00 | N/A | N/A | 0.00 |
| 25 | KUHS & PARKER | 7100-000 | N/A | 85,223.76 | 85,223.76 | 0.00 |
| 26 | BOB GIRAGOSIAN | 7100-000 | N/A | 11,099.68 | 11,099.68 | 0.00 |
| 28 | State Fund | 7100-000 | 26,783.64 | 48,602.12 | 48,602.12 | 0.00 |
| 31 | LAW OFFICES OF BORTON PETRINI, LLP | 7100-000 | N/A | 4,052.99 | 4,052.99 | 0.00 |
| 32 | WZI INC | 7100-000 | 24,769.05 | 24,769.05 | 24,769.05 | 0.00 |
| 33 | Michael Zucaro | 7100-000 | N/A | 600,740.00 | 600,740.00 | 0.00 |
| 34 | J. MICAHEL HOPPER | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 38 | ROY & LYNN KIRKORIAN | 7100-000 | N/A | 69,843.00 | 69,843.00 | 0.00 |
| 39 | J.E. BURKE CONSTRUCTION, INC | 7100-000 | N/A | 11,978.77 | 11,978.77 | 0.00 |
| 40 | NUMERIC SOLUTIONS, LLC | 7100-000 | N/A | 1,716.25 | 1,716.25 | 0.00 |
| 41 | Santa Clara Waste Water | 7100-000 | N/A | 2,451.20 | 2,451.20 | 0.00 |
| 43 | KUHS & PARKER | 7100-000 | N/A | 85,223.76 | 85,223.76 | 0.00 |
| 44 | ACE HYDRAULIC SALES & SERVICES INC | 7100-000 | N/A | 2,060.92 | 0.00 | 0.00 |
| 45 | APPLIED INDUSTRIAL TECHNOLOGIES | 7100-000 | 356.38 | 656.38 | 656.38 | 0.00 |
| 46 | APT General Engineering Inc. | 7100-000 | N/A | 16,236.80 | 16,236.80 | 0.00 |
| 51 | PAKCER SERVICES, INC. | 7100-000 | 7,997.01 | 9,506.42 | 9,506.42 | 0.00 |
| 52 | ACE HYDRAULIC SALES & SERVICES INC | 7100-000 | N/A | 2,060.92 | 2,060.92 | 0.00 |
| 53 | J.E. BURKE CONSTRUCTION, INC | 7100-000 | N/A | 13,144.45 | 13,144.45 | 0.00 |
| 54 | WARNER BROS INC | 7100-000 | N/A | 215.57 | 215.57 | 0.00 |
| 55 | KERN RIDGE GROWERS | 7100-000 | 11,100.00 | 1,499.58 | 1,499.58 | 0.00 |
| 56 | Palla Farms, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 57 | CALIFORNIA STATE CONTROLLER | 7100-000 | N/A | 9,536.63 | 9,536.63 | 0.00 |
| 58 | NAVISTAR FINANCIAL CORPORATION | 7100-000 | N/A | 2,202.58 | 2,202.58 | 0.00 |
| 59 | Lewis Towing 2 Inc. | 7100-000 | N/A | 8,000.00 | 8,000.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FRANCES L. WEST | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | EXCALIBUR WELL SERVICES | 7100-000 | 97,260.77 | N/A | N/A | 0.00 |
| NOTFILED | M&RSEALANDPACKING | 7100-000 | 185.43 | N/A | N/A | 0.00 |
| NOTFILED | MARTHA M. WILES | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| NOTFILED | ESTATE OF ROBERT WANAMAKER C/O JEFF WANAMAKER | 7100-000 | 1,012.00 | N/A | N/A | 0.00 |
| NOTFILED | FEDERAL EXPRESS | 7100-000 | 35.22 | N/A | N/A | 0.00 |
| NOTFILED | GAYLE ROSKI | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | JAMES A. SHULTIS | 7100-000 | 41.00 | N/A | N/A | 0.00 |
| NOTFILED | IRA A. MARSHALL, JR. | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | KIMRAY, INC. | 7100-000 | 316.09 | N/A | N/A | 0.00 |
| NOTFILED | KLEIN, DE NATALE, GOLDNER | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | KEY ENERGEY SERVICES | 7100-000 | 4,284.00 | N/A | N/A | 0.00 |
| NOTFILED | KERMINETTE BONNEY | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | KBA ENGINEERING | 7100-000 | 1,962.95 | N/A | N/A | 0.00 |
| NOTFILED | KEITH HUFFMAN | 7100-000 | 1,235.25 | N/A | N/A | 0.00 |
| NOTFILED | KUNDERT BROS. | 7100-000 | 34,712.00 | N/A | N/A | 0.00 |
| NOTFILED | MARY ANNE GARNER, TRUSTEE | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | KWIK SIGNS, INC. | 7100-000 | 156.62 | N/A | N/A | 0.00 |
| NOTFILED | JEFF WANAMAKER | 7100-000 | 48.00 | N/A | N/A | 0.00 |
| NOTFILED | JUDY STEFFENS | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | KAISER PERMANENTE | 7100-000 | 3,362.00 | N/A | N/A | 0.00 |
| NOTFILED | JIM LEONARD | 7100-000 | 501.00 | N/A | N/A | 0.00 |
| NOTFILED | LARRY ROWLAND | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | KATIE BIMAT | 7100-000 | 3,947.00 | N/A | N/A | 0.00 |
| NOTFILED | JOHN MATHIE | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| NOTFILED | MONTERY MINERALS & LAND COMPANY | 7100-000 | 4,692.00 | N/A | N/A | 0.00 |
| NOTFILED | SOUTHERN CALIFORNIA GAS PO BOX C | 7100-000 | 419.16 | N/A | N/A | 0.00 |
| NOTFILED | STAPLES, INC./BANK OF AMERICA | 7100-000 | 370.10 | N/A | N/A | 0.00 |
| NOTFILED | SOUTHWEST DOCUMENTATION | 7100-000 | 763.00 | N/A | N/A | 0.00 |
| NOTFILED | SNOW WELL SERVICES | 7100-000 | 12,307.00 | N/A | N/A | 0.00 |
| NOTFILED | SHULL MACHINE AND ENGINEERING | 7100-000 | 2,538.45 | N/A | N/A | 0.00 |
| NOTFILED | SANDRA HUHN MCCORMACK | 7100-000 | 16,522.56 | N/A | N/A | 0.00 |
| NOTFILED | SHIRLEY BASTIAN | 7100-000 | 751.00 | N/A | N/A | 0.00 |
| NOTFILED | SCRS INVESTORS | 7100-000 | 5,000,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SUPERIOR FIELD SERVICE | 7100-000 | 20,878.61 | N/A | N/A | 0.00 |
| NOTFILED | SURFACE PUMPS | 7100-000 | 2,540.44 | N/A | N/A | 0.00 |
| NOTFILED | VERNON D. SORENSON, M.D. | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | WELACO | 7100-000 | 4,400.00 | N/A | N/A | 0.00 |
| NOTFILED | VINTAGE PETROLEUM | 7100-000 | 3,112.00 | N/A | N/A | 0.00 |
| NOTFILED | VARNER BROS, INC. | 7100-000 | 351.14 | N/A | N/A | 0.00 |
| NOTFILED | U.S. OILFIELD SUPPLY | 7100-000 | 2,351.52 | N/A | N/A | 0.00 |
| NOTFILED | SWEET OIL WELL TOOLS | 7100-000 | 2,909.78 | N/A | N/A | 0.00 |
| NOTFILED | TUCKER AND JANETTE GARNER | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | TELEPACIFIC COMMUNICATIONS | 7100-000 | 1,674.40 | N/A | N/A | 0.00 |
| NOTFILED | ROSEMARIE STINNETT | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RICK DAVIS SERVICES | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | RON KUNDERT'S TRUST | 7100-000 | 6,354.00 | N/A | N/A | 0.00 |
| NOTFILED | ELIZABETH ROSS | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | OLEARY'S OFFICE PRODUCTS | 7100-000 | 392.00 | N/A | N/A | 0.00 |
| NOTFILED | MOTION INDUSTRIES | 7100-000 | 3,579.75 | N/A | N/A | 0.00 |
| NOTFILED | MISSION LINEN SUPPLY | 7100-000 | 143.50 | N/A | N/A | 0.00 |
| NOTFILED | MIDDLETON SECURITY | 7100-000 | 9,450.00 | N/A | N/A | 0.00 |
| NOTFILED | MASONIC HOMES OF CALIFORNIA | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | MELO'S GAS & GEAR | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | MELINDA BUTLER | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | ORANGE BELT PROPERTIES | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PAS ASSOCIATES | 7100-000 | 301.76 | N/A | N/A | 0.00 |
| NOTFILED | QUINN COMPANY | 7100-000 | 9,029.61 | N/A | N/A | 0.00 |
| NOTFILED | RELIABLE PRINTING SOLUTIONS | 7100-000 | 103.45 | N/A | N/A | 0.00 |
| NOTFILED | RELIABLE FENCE COMPANY | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | POTENTIAL DESIGN, INC. | 7100-000 | 5,322.82 | N/A | N/A | 0.00 |
| NOTFILED | PHILL V. QUALLS | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| NOTFILED | PATRICIA ANNE GEBHARDT | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 15,615.80 | N/A | N/A | 0.00 |
| NOTFILED | PETROS TUBULAR SERVICES | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |
| NOTFILED | MARY MARGARET BUTLER | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | BAKERFIELD RUBBER STAMP | 7100-000 | 231.66 | N/A | N/A | 0.00 |
| NOTFILED | EARTHCO INVESTORS, LLC | 7100-000 | 8,236.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | C&H TESTING | 7100-000 | 1,039.00 | N/A | N/A | 0.00 |
| NOTFILED | CALPI, INC. | 7100-000 | 130.61 | N/A | N/A | 0.00 |
| NOTFILED | BUDGET BOLT | 7100-000 | 142.73 | N/A | N/A | 0.00 |
| NOTFILED | BTE COMMUNICATIONS | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | BLOEMER ESTATE, FLP | 7100-000 | 192.00 | N/A | N/A | 0.00 |
| NOTFILED | BRANDCO | 7100-000 | 264.49 | N/A | N/A | 0.00 |
| NOTFILED | CHERRON MUNSON | 7100-000 | 36.00 | N/A | N/A | 0.00 |
| NOTFILED | CLEROU TIRE, INC. | 7100-000 | 1,694.20 | N/A | N/A | 0.00 |
| NOTFILED | DOROTHY D. BIMAT | 7100-000 | 7,893.00 | N/A | N/A | 0.00 |
| NOTFILED | DWAYNE GILL | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | COOPERS PROPANE | 7100-000 | 3,533.55 | N/A | N/A | 0.00 |
| NOTFILED | COMPRESSION RESOURCES | 7100-000 | 708.00 | N/A | N/A | 0.00 |
| NOTFILED | CLYDE V. QUALLS | 7100-000 | 621.00 | N/A | N/A | 0.00 |
| NOTFILED | COASTAL CONSTRUCTION | 7100-000 | 580.00 | N/A | N/A | 0.00 |
| NOTFILED | BETTY BANKS | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BAKERSFIELD ICE | 7100-000 | 1,220.70 | N/A | N/A | 0.00 |
| NOTFILED | ARROWHEAD MOUNTAIN SPRINGWATER | 7100-000 | 770.52 | N/A | N/A | 0.00 |
| NOTFILED | AT&T AT&T PAYMENT CENTER | 7100-000 | 427.49 | N/A | N/A | 0.00 |
| NOTFILED | ANNETTA LEE | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | ANNE L. BOZARTH | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | ANGIE BIMAT | 7100-000 | 3,947.00 | N/A | N/A | 0.00 |
| NOTFILED | E. LEROY TOLLES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$5,494,649.72** | **$1,246,005.50** | **$1,241,883.66** | **$0.00** |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19196  
**Case Name:** SUNRAY PETROLEUM, INC.

**Period Ending:** 05/23/17

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 02/24/16 (c)  
**§341(a) Meeting Date:** 03/30/16  
**Claims Bar Date:** 08/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | See attached list<br>   Liquidated in Chpt 11 for $150,000<br>Orig. Asset Memo: Orig. Description: See attached list Lease List<br>ALS, Armstron, Dillon, Duke, Fuller Acres/Greet, George, Portman, Kane Bloemer, Kane Ross, Kundert, Nomeco Yates, Red Ribbon #1, Red Ribbon #2, Smoot Strand, sunland Smoot & Tenneco. | 3,000,000.00 | 3,000,000.00 | | 0.00 | FA |
| 2 | WELLS FARGO ACCOUNT ENDING IN 9703<br>   Liquidated in Chpt 11 for $.54<br>Orig. Asset Memo: Orig. Description: WELLS FARGO ACCOUNT ENDING IN 9703 | 56,849.85 | 56,849.85 | | 0.00 | FA |
| 3 | DOGG BOND<br>   Orig. Asset Memo: Orig. Description: DOGG BOND | 2,000,000.00 | 2,000,000.00 | | 0.00 | FA |
| 4 | Accounts Receivable   See attached list<br>   Orig. Asset Memo: Orig. Description: See attached list<br>The attached list total shows $119,840.54 | 239,681.08 | 239,681.08 | | 0.00 | FA |
| 5 | Autos, trucks, trailers   See attached list<br>   liquidated in Chpt 11 for $86,767.00<br>Orig. Asset Memo: Orig. Description: See attached list | 1,118,000.00 | 1,118,000.00 | | 0.00 | FA |
| 6 | COMPUTER AND OFFICE EQUIPMENT<br>   Orig. Asset Memo: Orig. Description: COMPUTER AND OFFICE EQUIPMENT Location: 8290 W. SAHARA AVENUE, #186, Las, Vegas NV 89117 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7 | WELL LOGS AND MAPS<br>   Orig. Asset Memo: Orig. Description: WELL LOGS AND MAPS | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 8 | OIL FIELD EQUIPMENT - See attached list<br>   Orig. Asset Memo: Orig. Description: OIL FIELD EQUIPMENT - See attached list | 2,000,000.00 | 2,000,000.00 | | 0.00 | FA |
| 9 | Chapter 11 Funds  (u)<br>   ALL ASSETS WERE LIQUIDATED IN CHAPTER 11<br><br>Includes funds collected on Assets #1, #2 and #6 as | 0.00 | 0.00 | | 139,711.98 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-19196  
**Case Name:** SUNRAY PETROLEUM, INC.  

**Period Ending:** 05/23/17

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 02/24/16 (c)  
**§341(a) Meeting Date:** 03/30/16  
**Claims Bar Date:** 08/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| well as the following unscheduled assets on Chpt 11 Form 1.  Wells Fargo Acct ending #1487 (ref #3) in the amount of $20,681.00, Oil Proceeds (ref #11) in the amount of $572,781.89 and an IRS 941 Refund (ref #12) in the amount of $617.26.<br>SEE DOCKET 303 FOR CHPT 11 TRUSTEE FINAL REPORT for an accounting of funds turned over. | | | | | |
| 9   Assets   Totals (Excluding unknown values) | $8,418,530.93 | $8,418,530.93 | | $139,711.98 | $0.00 |

**Major Activities Affecting Case Closing:**

  5/12/17: waiting for approval of TDR by UST
  4/11/17 submitted TDR to UST for review
  02/28/17  Called Mr. Rosenberg and left a message regarding his outstanding checks issued 01/24/17.
  12/22/16  Fee hearing scheduled for 01/19/17  11:00 AM
  12/20/16  TFR reviewed by UST, ready for noticing.
  9/1/16: per Paul Healey, no further Chapter 7 estate tax return will be needed; this trustee signed the Chapter 11 estate tax return and mailed to IRS for approval when trustee was appointed on 3/29/16; Trustee and her attorney will object to Chapter 11 admin claims for attorney Kim because filed as a Chapter 7 admin claim and others--have reviewed Chapter 11 admin fees for Rosenberg and appear appropriate then will start TFR and claims objections if necessary in the Chapter 7 case--Trustee's attorney will file his fee application as well, this estate is admin. insolvent.
  6/21/16:  Trustee's attorney Jason Imes sent e-mail to AUST Brian Goldberg, a status report  as to the fee hearings set by Chapter 11 Trustee Rosenberg-(6/8/16) - Trustee Rosenberg was to file amended notices ; therefore,trustee Weinstein's attorney prepared and circulated stipulations and orders to continue each of their fee apps (6/17/16)
  6/1/16: records turned over by Rosenberg to trustee and her attorney and trustee and her attorney with assistance of UST reviewing documents ; further, motions filed by Chapter 11 Trustee Rosenberg for Chapter 11 professionals (dkt 331,333, 337 are filed as Chapter 7 administrative fee applications ratther than as Chapter 11 admin fee applic---trustee and her attorney told Mr, Rosenberg to continue these two hearings and correct that theapplications are Chapter 11 for Kim Gilber Ebron and Alexander & Assoc are for Chapter 11 administrative fees and expenses since all were incurred as counsel for Chapter 11 trustee during the Chater 11 phase of the case.  Still reviewing documents and records provided by Chapter 11 Trustee. Trustee's attorney Jason Imes has requested that fee apps be continued for 60 days to review all records and for Rosenberg to correct the 3 fee applications.
  5/15/16: Forms 1 and 2 transfered from trust work system to trustee's Chapter 7 system by BMS--
  03/30/16 - efiled and mailed Motion to pay P. Healey. set for 4/28/2016 at 11 am
  3/29/16: sent IRS estate tax return; and prepared motion to pay Paul Healey, CPA

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19196  
**Case Name:** SUNRAY PETROLEUM, INC.

**Trustee:** (480160) YVETTE WEINSTEIN, TRUSTEE  
**Filed (f) or Converted (c):** 02/24/16 (c)  
**§341(a) Meeting Date:** 03/30/16

**Period Ending:** 05/23/17  
**Claims Bar Date:** 08/11/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 15, 2017    **Current Projected Date Of Final Report (TFR):** December 8, 2016  (Actual)

Printed: 05/23/2017 11:16 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-19196  
**Case Name:** SUNRAY PETROLEUM, INC.  
**Taxpayer ID #:** **-***3795  
**Period Ending:** 05/23/17  

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $36,953,936.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/25/16 | {9} | David A Rosenberg, Trustee | Chapter 11 Funds | 1290-010 | 139,711.98 | | 139,711.98 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.08 | 139,671.90 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 193.67 | 139,478.23 |
| 05/10/16 | 101 | PAUL M. HEALEY, CPA<br>3263 E. WARM SPRINGS RD.<br>LAS VEGAS, NV 89120 | Accounting Fees per Order 05/03/16 Doc 321 | 3410-000 | | 2,898.75 | 136,579.48 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.73 | 136,387.75 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.22 | 136,172.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.81 | 135,983.72 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.56 | 135,769.16 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.74 | 135,574.42 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.98 | 135,386.44 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.16 | 135,179.28 |
| 01/24/17 | 102 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Dividend paid 100.00% on $10,235.60,<br>Trustee Compensation;   Reference: | 2100-000 | | 10,235.60 | 124,943.68 |
| 01/24/17 | 103 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Dividend paid 100.00% on $239.71, Trustee Expenses;   Reference: | 2200-000 | | 239.71 | 124,703.97 |
| 01/24/17 | 104 | Office of the United States Trustee<br>(ADMINISTRATIVE)<br>300 Las Vegas Blvd #4300<br>Las Vegas, NV 89101 | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees;   Reference: | 2950-000 | | 325.00 | 124,378.97 |
| 01/24/17 | 105 | KERN COUNTY TREASURER-TAX COLLECTOR (ADMINISTRATIVE)<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Dividend paid 33.78% on $65,993.77, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);   Reference: | 6820-000 | | 22,294.92 | 102,084.05 |
| 01/24/17 | 106 | FRANCHISE TAX BOARD<br>(ADMINISTRATIVE)<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Dividend paid 33.78% on $6,391.88, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);   Reference: | 6820-000 | | 2,159.39 | 99,924.66 |
| 01/24/17 | 107 | State Compensation Insurance Fund<br>5880 Owens Drive<br>2nd Floor, Bldg. B<br>Pleasanton, CA 94588 | Dividend paid 33.78% on $31,598.71, Taxes on Administrative Post-Petition Wages (employer payroll taxes);   Reference: | 6950-730 | | 10,675.11 | 89,249.55 |
| 01/24/17 | 108 | Alexander & Associates PLC<br>c/o Howard C Kim<br>7625 Dean martin Dr., Ste 110 | Dividend paid 33.78% on $63,662.00, Special Counsel Fees (Chapter 11);   Reference: | 6210-600 | | 21,507.17 | 67,742.38 |

Subtotals :  $139,711.98    $71,969.60

{} Asset reference(s)  
Printed: 05/23/2017 11:16 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-19196
**Case Name:** SUNRAY PETROLEUM, INC.

**Taxpayer ID #:** **-***3795
**Period Ending:** 05/23/17

**Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160)
**Bank Name:** Rabobank, N.A.
**Account:** ******0166 - Checking Account
**Blanket Bond:** $36,953,936.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Las Vegas, NV 89139 | | | | | |
| 01/24/17 | 109 | Kim Gilbert Ebron<br>7625 Dean Martin Dr., Ste 110<br>Las Vegas, NV 89139 | Dividend paid 33.78% on $80,705.00, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 6210-000 | | 27,264.87 | 40,477.51 |
| 01/24/17 | 110 | Kim Gilbert Ebron<br>7625 Dean Martin Dr., Ste 110<br>Las Vegas, NV 89136-9 | Dividend paid 33.78% on $6,632.96, Attorney for Trustee/D-I-P Expenses (Other Firm) (Chapter 11);  Reference: | 6220-000 | | 2,240.84 | 38,236.67 |
| 01/24/17 | 111 | David A. Rosenberg<br>US Bankruptcy Trustee<br>5030 Paradise Rd., Ste B-215<br>Las Vegas, NV 89139 | Dividend paid 33.78% on $37,816.60, Trustee Compensation (Chapter 11);  Reference: | 6101-000 | | 12,775.72 | 25,460.95 |
| 01/24/17 | 112 | David A. Rosenberg<br>US Bankruptcy Trustee<br>5030 Paradise Rd, Ste B-215<br>Las Vegas, NV | Dividend paid 33.78% on $350.36, Trustee Expenses (Chapter 11);  Reference: | 6102-000 | | 118.36 | 25,342.59 |
| 01/24/17 | 113 | SCHWARTZER & MCPHERSON LAW FIRM<br>2850 SOUTH JONES BLVD, SUITE 1<br>LAS VEGAS, NV 89146 | Combined Check for Claims#ADMIN,ADMIN | | | 25,342.59 | 0.00 |
| | | | Dividend paid 100.00%    24,795.50 on $24,795.50;  Claim# ADMIN; Filed: $24,795.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%    547.09 on $547.09;  Claim# ADMIN; Filed: $547.09 | 3210-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 139,711.98 | 139,711.98 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 139,711.98 | 139,711.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$139,711.98** | **$139,711.98** | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 11-19196 | | Trustee: | YVETTE WEINSTEIN, TRUSTEE (480160) |
|---|---|---|---|---|
| Case Name: | SUNRAY PETROLEUM, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0166 - Checking Account |
| Taxpayer ID #: | **-***3795 | | Blanket Bond: | $36,953,936.00  (per case limit) |
| Period Ending: | 05/23/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 139,711.98 | | | | |
| | | Net Estate : | $139,711.98 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******0166 | 139,711.98 | 139,711.98 | 0.00 |
| | $139,711.98 | $139,711.98 | $0.00 |

{} Asset reference(s)

Printed: 05/23/2017 11:16 AM    V.13.30