NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
SUNRAY PETROLEUM, INC.

BK−11−19196−btb  
CHAPTER 7

Debtor(s)    FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that YVETTE WEINSTEIN is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 11/7/17

Mary A. Schott  
Clerk of Court